1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   susan.jerich@usdoj.gov
5  Assistant U.S. Attorney
       450 Golden Gate Ave. 11th Floor
6      San Francisco, CA  94102
       Telephone:  (415) 436-7158
7      Facsimile    (415) 436-7234

8  Attorneys for the United States of America

9  MARTHA A. BOERSCH (CABN 126569)
   mboersch@jonesday.com
10 JONES DAY
       555 California Street, 26th Floor
11     San Francisco, CA  94104
       Telephone: (415) 626-3939
12     Facsimile:  (415) 875-5700

13 Attorney for Defendant Cihat Cardak

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16
   UNITED STATES OF AMERICA,          |  Case No. CR 06-70264 JL
17                                    |
                 Plaintiff,           |  STIPULATION AND ORDER
18                                    |  CONTINUING DETENTION HEARING
        v.                            |
19                                    |
   CIHAT CARDAK,                      |  Date:     June 1, 2006
20                                    |  Time:     11:00 AM
                 Defendant.           |  Judge:    Honorable James Larson
21

22

23    The Defendant, through his counsel Martha Boersch, and the United States, through

24 Assistant United States Attorney Susan Jerich, hereby agree and stipulate that the detention

25 hearing be continued from May 25, 2006 at 9:30 am to June 1, 2006 at 9:30 am.  For good cause,

26 the Defendant agrees to waive time for the detention hearing under the Federal Rules of Criminal

27 Procedure and 18 U.S.C. § 3142(f) and to exclude time under § 3161(h)(1) and (h)(8)(B)(iv).

28
                                                          CR 06-70264 JL
                                                  STIPULATION AND ORDER CONTINUING
                                                          DETENTION HEARING

1   IT IS SO STIPULATED:

2   Dated: May 23, 2006                By: /s/ S. Jerich
                                       Susan R. Jerich
3                                      Kevin V. Ryan
                                       Eumi L. Choi
4

5                                      Attorneys for the United States

6

7   Dated: May 23, 2006                JONES DAY

8

9                                      By:     /S/
                                       Martha A. Boersch
10

11                                     Attorneys for Defendant
                                       CIHAT CARDAK

12

13       Upon review of the parties' stipulation, IT IS HEREBY ORDERED that for good cause

14  shown the detention hearing shall be continued from March 25, 2006 at 9:30 am to June 1, 2006

15  at 9:30 am and that the time is excludable under 18 U.S.C. § 3161(h)(1) and (h)(8)(B)(iv).

16
    Dated: May 24, 2006
17

18                                     _____
                                       James Larson
19                                     U.S. Magistrate Judge

    *IT IS SO ORDERED*
    /s/ James Larson
    Judge James Larson

---

SF1-542359v1

2

CR 06-70264 JL
STIPULATION AND ORDER CONTINUING
DETENTION HEARING