1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   susan.jerich@usdoj.gov
5  Assistant U.S. Attorney
       450 Golden Gate Ave. 11th Floor
6      San Francisco, CA  94102
       Telephone:  (415) 436-7158
7      Facsimile    (415) 436-7234

8  Attorneys for the United States of America

9  MARTHA A. BOERSCH (CABN 126569)
   mboersch@jonesday.com
10 JONES DAY
       555 California Street, 26th Floor
11     San Francisco, CA  94104
       Telephone: (415) 626-3939
12     Facsimile:  (415) 875-5700

13 Attorney for Defendant Cihat Cardak

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16
   UNITED STATES OF AMERICA,              Case No. CR 06-70264 JL
17
               Plaintiff,                 STIPULATION AND ORDER
18                                        CONTINUING DETENTION HEARING
       v.
19
   CIHAT CARDAK,                          Date:    June 15, 2006
20                                        Time:    11:00 AM
               Defendant.                 Judge:   Honorable James Larson
21

22

23     The Defendant, through his counsel Martha Boersch, and the United States, through

24 Assistant United States Attorney Susan Jerich, hereby agree and stipulate that the detention

25 hearing be continued from June 1, 2006 at 11:00 am to June 15, 2006 at 11:00 am.  For good

26 cause, the Defendant agrees to waive time for the detention hearing under the Federal Rules of

27 ///

28
                                                             CR 06-70264 JL
                                          STIP. AND ORDER CONT. DETENTION HEARING

Criminal Procedure and 18 U.S.C. § 3142(f) and to exclude time under § 3161(h)(1) and (h)(8)(B)(iv).

IT IS SO STIPULATED:

Dated: June 6, 2006

By: /S/
Susan R. Jerich
Kevin V. Ryan
Eumi L. Choi

Attorneys for the United States

Dated: June 1, 2006

JONES DAY

By: /S/
Martha A. Boersch

Attorneys for Defendant
CIHAT CARDAK

Upon review of the parties' stipulation, IT IS HEREBY ORDERED that for good cause shown the detention hearing shall be continued from June 1, 2006 at 11:00 am to June 15, 2006 at 11:00 am and that the time is excludable under 18 U.S.C. § 3161(h)(1) and (h)(8)(B)(iv).

Dated: June 8, 2006

IT IS SO ORDERED
James L[arson]
U.S. Mag[istrate]
Judge James Larson